IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON CONCRETE CORPORATION,** *Plaintiff,* <br><br> v. <br><br> **INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCED IRONWORKERS LOCAL 405,** *Defendant.* | **CIVIL ACTION NO. 22-0486** |

## ORDER

**AND NOW**, this 16th day of December 2022, considering Plaintiff's motion, Defendant's response and Plaintiff's reply, and having heard oral argument on December 8, 2022 from the parties, and based on the reasoning set forth in the accompanying Memorandum of Decision the Court **DENIES** Plaintiff's Motion for Summary Judgment (ECF 12).

Pursuant to 9 U.S.C. § 9, the arbitration award is **CONFIRMED** and the Clerk of Court shall **CLOSE THE CASE**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**